## No. 6277

### J. N. SHAWHAN VS. J. M. PRATHER.

The pleas of the general issue, prescription, and demand in reconvention are not inconsistent.

In a suit for the hires of carriage and horses, the admission by the defendant as a witness that he had hired them at various times is not a waiver of the plea of prescription, nor an acknowledgment of the debt.

APPEAL from the Fifth District Court of New Orleans. CULLOM, J.

*Horner & Benedict* and *Baker* for Plaintiff. *Morgan* for Defendant Appellant.

SPENCER, J., delivered the opinion reducing the judgment.